No. 97–6336.  SCOTT *v.* GOORD, COMMISSIONER, NEW YORK DE-PARTMENT OF CORRECTIONAL SERVICES, ET AL.  C. A. 2d Cir. Certiorari denied.

No. 97–6340.  JOHNSON *v.* WOODS, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 97–6356.  SMITH *v.* CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 97–6359.  QUINN *v.* WEST VIRGINIA.  Sup. Ct. App. W. Va. Certiorari denied.

No. 97–6363.  ATLEY, AKA SEMENIUK *v.* IOWA.  Sup. Ct. Iowa. Certiorari denied.

No. 97–6384.  LONGEST *v.* DALTON, SECRETARY OF THE NAVY, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 97–6387.  ROMAN *v.* DEPARTMENT OF THE ARMY.  C. A. Fed. Cir.  Certiorari denied.

No. 97–6391.  FORMICA *v.* TOWN OF HUNTINGTON ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 97–6399.  MITCHELL *v.* JUVENILE DEPARTMENT OF MULT-NOMAH COUNTY, OREGON.  Sup. Ct. Ore.  Certiorari denied.

No. 97–6403.  TUCKER *v.* SOUTH CAROLINA ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 97–6406.  EIDSON *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 97–6415.  COSGROVE *v.* SEARS, ROEBUCK & CO.  C. A. 2d Cir.  Certiorari denied.

No. 97–6421.  STEPHENS *v.* WIDNALL, SECRETARY OF THE AIR FORCE.  C. A. D. C. Cir.  Certiorari denied.

No. 97–6425.  SMITH *v.* JOHNSON, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.